# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| TROY WHITTINGTON<br>PO BOX 413<br>PAULINA LA  70763 | 17-13326<br>Chapter 13<br>Section B |

### TRUSTEE'S OBJECTION TO CLAIM and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who prays that the claim filed in this case in the amount of $1,221.61 by the below-named creditor be disallowed.  Grounds for this objection are as follows:

THERE IS NO LAST PAYMENT DATE LISTED WITH RENDERS THE CLAIM PRESCRIBED

Claimant:

| | |
|---|---|
| REGIONS BANK<br>PO BOX 11407<br>BIRMINGHAM AL  35246 | Court's claim #4<br>Trustee Claim ID 15<br><br>Account #4046 & 3 1 4 9 |

NOTICE IS HEREBY GIVEN that any party opposing this objection must file a response with the Clerk of Court no later than seven days before the hearing, which is scheduled for:

March 21, 2018 at  9:00 am.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-705, New Orleans, Louisiana.

If no timely response is filed, the court may grant the relief requested without the necessity of a hearing.

| | |
|---|---|
| Attorney for debtor:<br><br>EDWIN M SHORTY JR<br>EShorty@EShortylawoffice.com | /s/ S.J. Beaulieu, Jr.<br>S.J. Beaulieu, Jr.<br>Chapter 13 Trustee |

| CERTIFICATE OF SERVICE |
|---|
| I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the pertinent creditor, at the addresses listed herein.<br><br>02/16/2018            by: Jennifer Rose |