# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
### SECTION B

**IN RE: TROY WHITTINGTON**                        **DEBTOR**

**CHAPTER 13**                        **CASE NO. 17-13326**

---

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

---

Considering the *Ex Parte Motion for Admission to Practice Pro Hac Vice* (Dkt. # 27, the "Motion") filed in the above-captioned bankruptcy proceeding by Christopher H. Meredith, an attorney for Hope Enterprise Corporation ("HEC") and Hope Federal Credit Union ("HFCU"):

**IT IS ORDERED** that the Motion is GRANTED and Christopher H. Meredith is hereby admitted to appear and participate *pro hac vice* as counsel for HEC and HFCU in these proceedings.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, February 23, 2018.

*J. A. Brown*
_____
Jerry A. Brown
U.S. Bankruptcy Judge