# United States Bankruptcy Court

## Eastern District of Louisiana

| | |
|---|---|
| TROY WHITTINGTON<br>PO BOX 413<br>PAULINA LA  70763 | **17-13326**<br>Chapter 13<br>Section B |

## TRUSTEE'S OBJECTION TO CLAIM and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who prays that the claim filed in this case in the amount of $28,057.09 by the below-named creditor be disallowed.  Grounds for this objection are as follows:

NO LAST PAYMENT DATE LISTED WHICH RENDERS THE PROOF OF CLAIM PRESCRIBED.

Claimant:

| | |
|---|---|
| WILLIAM H LEECH & CHRSTOPHER H MEREDITH<br>COPELAND COOK TAYLOR & BUSH<br>PO BOX 6020<br>RIDGELAND MS  39158 | Court's claim #8<br>Trustee Claim ID 2<br><br>Account #7002 |

NOTICE IS HEREBY GIVEN that any party opposing this objection must file a response with the Clerk of Court no later than seven days before the hearing, which is scheduled for:

April 4, 2018 at  9:00 am.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-705, New Orleans, Louisiana.

If no timely response is filed, the court may grant the relief requested without the necessity of a hearing.

Attorney for debtor:                                                    /s/ S.J. Beaulieu, Jr.
                                                                                  S.J. Beaulieu, Jr.
EDWIN M SHORTY JR                                          Chapter 13 Trustee
EShorty@EShortylawoffice.com

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the pertinent creditor, at the addresses listed herein.

02/23/2018            by: Leslie Spain